**Zulma Dinorath SANTOS–PELOYO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–75516.

United States Court of Appeals, Ninth Circuit.

Submitted: Oct. 11, 2005.*

Decided: Oct. 25, 2005.

Matt Adams, Northwest Immigrant Rights Project, Granger, WA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, Gordon Cecil, Esq., Office of the U.S. Attorney Eastern District of Oklahoma, Muskogee, OK, for Respondent.

Before: HALL, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Zulma Dinorath Santos–Peloyo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") denial of her motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Singh v. INS,* 295 F.3d 1037, 1040 (9th Cir.2002), and we grant the petition for review.

The BIA abused its discretion in denying the Petitioner's motion to reopen because the evidence she submitted demonstrated "exceptional circumstances" excusing her failure to appear. *See id.* at 1040.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.